Official Form 417A (12/23)

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

In re:
*23ANDME* HOLDING CO., et al.,

Debtors.

Case No. 25-40976
Chapter 11
(Jointly Administered)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   [unreadable encoded text] Individuals [unreadable]

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☑ Other (describe) customer/creditors/public interest/scholars

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order Denying Objections (See Exhibit B)

2. State the date on which the judgment—or the appealable order or decree—was entered:
   June 27, 2025

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: *23andMe* Holding Co.   Attorney: Paul M. Bausta
   Paul, Weiss, Rifkind, Wharton & Garrison
   1285 Avenue of the Americas
   New York, NY 10019-6064 and others listed in Exhibit C
   Telephone: (212) 373-3000

2. Party: TTAM Research Institute   Attorney: David M. Unseth
   One Metroplotian Square,
   211 N. Broadway, Suite 3600
   St. Louis, MO 63102-2750 and others listed in Exhibit D
   Telephone: (314) 259-2000

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ John Talbot Sant, Jr.
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: July 3, 3035

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
 John Talbot Sant Jr., MoBar#35324
 Beck & Sant, LLC
 11775 Borman Drive, Suite 216
 Maryland Heights, MO  63146
 636-240-3632
 tal@beckandsantlaw.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# Exhibit A
# (Appellants)

**Linda MacDonald Glenn, JD,**
**LLM** Ethicist, Futurist &
Attorney-at-law Faculty | CSU
Monterey Bay
Faculty |UC Santa Cruz
Founding Director | Center for Applied Values and Ethics in Advanced Technologies
(*CAVEAT*)


**Alexander M. Capron**
University Professor
Emeritus,
Scott H. Bice Chair Emeritus in Healthcare Law, Policy, and Ethics (Gould School
of Law)
Professor Emeritus of Law and Medicine (Keck School of Medicine), and Founding Co-Director of the Pacific Center for Health Policy and Ethics University of Southern California
Los Angeles, California


**Camille Nebeker, EdD, MS**
Professor, Herbert Wertheim School of Public Health and Human
Longevity Science, UC San Diego
Director, ReCODE Health, UC San Diego
Director, Research Ethics Program, UC San
Diego
Campus Location: Atkinson Hall | 9500 Gilman Drive | La Jolla, CA 92093
MC 0811


**Nanette Elster, JD, MPH**
Professor of Bioethics
Neiswanger Institute for BioethicsLoyola University Chicago Stritch School of Medicine 2160 S. First Avenue
Maywood, IL 60153


**Arthur L. Caplan**
Drs. William F. and Virginia Connolly Mitty
Professor Founding Head of the Division of
Medical Ethics
NYU Grossman School of
Medicine Department of
Population Health New York,
NY 10016

**Paul Root Wolpe, Ph.D.**
Raymond F. Schinazi Distinguished Research Chair of Jewish Bioethics
Professor of Medicine, Pediatrics, Psychiatry, Neuroscience and Biological Behavior, and Sociology
Emory
University
Atlanta,
Georgia


**Kayte Spector-Bagdady, JD, MBioethics, HEC-C**
Director, Michigan Bioethics
Associate Professor, Obstetrics &
Gynecology Associate Editor, American
Journal of Bioethics 734.764.9886 (office)
x31922 (pager) kaytesb@med.umich.edu


**Robert Cook-Deegan, MD**
Professor, Arizona State University Barrett & O'Connor Washington Center
1800 I (Eye) Street, NW
Washington, DC  20006


**Andrea Downing**
Co-Founder & Board President, The Light
Collective 1711 Willamette St. Suite 301
Eugene Oregon 97401


**Lisa A. Berkley, PhD**
Founder + Director, Crown College, UCSC, Resiliency
Program Founding Executive Director
Center for Applied Values and Ethics in Advancing Technologies
(CAVEAT) UCSC Crown College Faculty


**Elizabeth Dreicer**
Founding Chairperson and Trustee, The Global BioData Trust

# Exhibit B (Orders Appealed)

Order Regarding Filings by Amici Curiae (doc 902)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**23ANDME HOLDING CO.,** *et al.*,<br><br>Debtors. | Case No. 25-40976-357<br><br>Chapter 11<br>Jointly Administered<br><br>Related to Docs. 30, 807, 874, 876, 880, 882 |

## ORDER REGARDING FILINGS BY AMICI CURIAE

The matters before the Court are several filings submitted by a group of individuals (the "amici") that relate to the sale hearing that was held in this case on June 18-20, 2025. The Court has reviewed these filings and the Debtors' response, and HEREBY ORDERS AS FOLLOWS:

1. The amici's Motion to File Amici Curiae Brief in Support of Establishing the Global BioData Trust, filed on June 18, 2025 (Doc. 807) is GRANTED. Counsel for the amici appeared at the sale hearing to express concerns about the treatment of genetic data as a commodity. Because the substance of the brief is an objection to the proposed sale and at least some of its authors appear to have standing to object, the Court will treat the brief as an objection. It is OVERRULED because, to the extent that the Court may have the power to modify the terms of the parties' transaction, or to condition approval of the transaction on the involvement of the Global BioData Trust, with which the amici appear to have some connection, it is not appropriate to place the transaction at risk by doing so.

2. On June 24, 2025, the amici filed a Motion for Leave to File Amended Supplemental Amici Curiae Brief (Doc. 874), as supplemented by the Corrected Motion for Leave to File Amended Supplemental Amici Curiae Brief (Doc. 880). The Motion for Leave to Amend (Doc. 874) is DENIED. The motion was filed after the conclusion of the hearing. The amended brief, unlike the original, is replete with overheated rhetoric and is in many respects divorced from the facts and circumstances of the proposed transaction. It thus is not helpful to the Court. The substance of the proposed amended brief also is an objection to the proposed sale, and as such, it is OVERRULED as untimely.

3.  Also on June 24, 2025, the amici filed a Motion to Reopen Sale Hearing Due to Material Changes in Transaction Structure, New Information, and Missing Information Without Proper Notice and Discovery of Fundamental Asset Misrepresentations. This motion (Doc. 876) is DENIED. The amici have not established cause to reopen the hearing. This motion does not cite any information that was not available at the time of the sale hearing, during which capable and experienced counsel presented their evidence and legal arguments at length. The amici themselves elected not to present any evidence at the hearing, and there is no reason why they should be entitled to a second opportunity.

4.  The amici also filed a Motion to Expedite Hearing on Corrected Motion for Leave to File Amended/Supplemental Brief and Motion to Reopen Hearing on June 24, 2025. The motion to expedite (Doc. 882) is DENIED.

Dated:  June 27, 2025
St. Louis, Missouri
cjs

_____
Brian C. Walsh
United States Bankruptcy Judge

Serve:

**Thomas H Riske**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street, Suite 6.353
St. Louis, MO 63102

**Nicholas J. Zluticky**
Stinson LLP
1201 Walnut, Ste 2700
Kansas City, MO 64106

**Jason Adams**
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

**John Talbot Sant, Jr.**
Beck & Sant, LLC
640 Cepi Drive, Suite A
Chesterfield, MO 63005

**David M. Unseth**
Bryan Cave
One Metropolitan Sq.
211 N. Broadway, Ste. 3600
St. Louis, MO 63102-2750

# Exhibit C

*Debtor*

**23andMe Holding Co.**
870 Market Street
Room 415
San Francisco, CA 94102 SAN FRANCISCO-CA Tax ID/ EIN: 87-1240344
*dba* **VG Acquisition Corp.**

represented by

**Samuel S Brand**
Carmody MacDonald P.C.
120 S Central Ave Ste 1800
St Louis, MO 63105
314-854-8600
Fax : 314-854-8660
Email: ssb@cannodY.macdonald.com

**Lauren Castillo**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

**Jessica I Choi**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

**William A. Clareman**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

**Robert E Eggmann, III**
Cannody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, MO 63105
314-854-8600
Fax : 314-854-8660
Email: ree@carrnodY.macdonald.com

**Deborah A. Hoehne**
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

**Christopher Hopkins**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

**Grace C Hotz**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

**Robert J. Lemons**
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

**Katherine M Lynn**
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

**Theresa Mullineaux**
Husch Blackwell LLP
8001 Forsyth Blvd.
Suite 1500
St. Louis, MO 63105
314-480-1742
Fax: 314-480-1505
Email: theresa.mullineaux@huschblackwell.com

**Lawrence E. Parres**
Lewis, Rice et al.
600 Washington Avenue
Suite 2500
St. Louis, MO 63101
(314) 444-7600
Email: lparres@lewisrice.com

**Jeffrey J. Recher**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

**Thomas H Riske**
Cannody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105
314-854-8600
Fax : 314-854-8660
Email: thr@cannodY-macdonald.com

**Lyubov Shamailova**
1285 Avenue of the Americas
New York, NY 10019
212-373-3023
Email: lshamailova@paulweiss.com

**Max H Siegel**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

**Justin Simms**
1285 Avenue of the America
New York, NY 10019
(212) 373-3000

**Nathan R Wallace**
Cannody MacDonald PC
120 S Central Ave
Ste 1800
St Louis, MO 63105
314-854-8600
Fax : 314-854-8660
Email: nrw@carmodY.macdonald.com

# Exhibit D (Parties and attorneys)

I.      TTAM Research Institute

SK.ADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Joseph O. Larkin ( admitted pro hac vice)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001
Email: Joseph.Larkin@skadden.com

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

Susheel Kirpalani ( admitted pro hac vice)
Kenneth Hershey ( admitted pro hac vice)
Emma McCabe ( admitted pro hac vice)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000

Fax: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com
kenhershey@quinnemanuel.com
e1mnamccabe@quinnemanuel.com


Cameron Kelly (admitted pro hac vice)
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100
Email: cameronkelly@quinnemanuel.com

Counsel for TTAM

## II. Unsecured Creditors Committee

*Creditor Committee Chair*
**Whitney S. Grubb, Committee Chair**
c/o Alexander F. Schalow
Labaton Keller Sucharow
140 Broadway
New York, NY 10005

*Creditor Committee*
**Laboratory Corporation of America Holdings and Subsidiaries**, including
**National Genetics Institute**
**Attn**: Matthew Mall
531 South Spring Street
Burlington, NC 27215

*Creditor Committee*
  **Workday, Inc.**
  6110 Stoneridge Mall Road
  Attn: Joel Smith
  Pleasonton, CA 94588